■ In the Matter of YOLANDA STUART, Respondent, v JORGE STUART, Appellant. [800 NYS2d 644]—In a child support proceeding pursuant to Family Court Act article 4, the father appeals from an order of the Family Court, Richmond County (McElrath, J.), dated August 5, 2003, which denied his objections to an order of the same court (Hickey, H.E.), dated April 21, 2003, which, after a hearing, denied, without prejudice, his application for a downward modification of his child support obligation.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]). Prudenti, P.J., Crane, Goldstein and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OHLIN BRANCH, Appellant. [800 NYS2d 645]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 1, 2000 (*People v Branch,* 272 AD2d 338 [2000]), affirming a judgment of the Supreme Court, Kings County, rendered August 25, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). H. Miller, J.P., Schmidt, Cozier and Santucci, JJ., concur.